**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SEATTLE HOME SHOW INC., a Washington corporation<br><br>                         Plaintiff,<br><br>    v.<br><br>HSD, LLC d/b/a Homeshow Daily, a foreign limited liability company, and<br><br>HOMESHOW DAILY SEA LLC, a Washington limited liability company<br><br>                    Defendants. | Civil Action No. C09-1359RSM<br><br>STIPULATED MOTION AND ORDER TO STRIKE PRELIMINARY INJUNCTION HEARING AND WITHDRAW MOTION FOR PRELIMINARY INJUNCTION |

Comes now the plaintiff, Seattle Home Show Inc., and the defendants, HSD, LLC and Homeshow Daily Sea LLC, (collectively the "Parties") by and through their attorneys, and hereby stipulate:

    1.  Defendants have pulled any and all radio advertising (KIRO and KOMO) to eliminate any permutation of Seattle-Home-Show.

    2.  Defendants have taken down any and all banner ads containing any permutation of Seattle-Home-Show.

PETERSON RUSSELL PLLC
1850 Skyline Tower - 10900 N. E. Fourth Street
Bellevue, Washington 98004-5873
Telephone (425) 462-4700  FAX (425) 451-0714

3.  Defendants have pulled any and all printed advertising material containing any permutation of Seattle-Home-Show.

4.  The business cards for the manager of the Defendants' Seattle store are being modified and replaced.

5.  Defendants have contacted the owner of the seattlehomeshowdaily.org website requesting that the owner take down the site.

6.  Defendants are preparing an alternative to the offending mark that will eliminate any permutation of Seattle-Home-Show (including removing the phrase "Located in Seattle" from the mark), and Defendants will present such alternative to Plaintiff for comment in an effort to prevent future disputes.

The Parties agree that they are entering into this stipulation as a good faith effort to resolve the remaining issues regarding Defendants' alleged use of the contested trademarks.  This stipulation shall not be construed as a waiver of any defenses, and shall not constitute either an admission of liability, fact or evidence of such, or an admission of any violation of law.  Furthermore, this stipulation shall not be offered by any other party as evidence of an admission or a declaration against interest in any proceeding.

The parties request that plaintiff's motion for preliminary injunction be withdrawn, *without prejudice*, and that the Court strike the hearing on plaintiff's motion for preliminary injunction.

PETERSON RUSSELL PLLC
1850 Skyline Tower - 10900 N. E. Fourth Street
Bellevue, Washington  98004-5873
Telephone (425) 462-4700  FAX (425) 451-0714

DATED this 7th day of October, 2009.

PETERSON RUSSELL KELLY PLLC


By /s/ David M. Bowman
    Michael T. Callan, WSBA #16237
    David M. Bowman, WSBA #28523
    Attorneys for Plaintiff


BADGLEY MULLINS LAW GROUP


By /s/ Per Email Authorization
    Duncan C. Turner
    WSBA #20597
    Attorneys for Defendants


## ORDER

This matter having come on before the Court upon the foregoing stipulation, and the court having reviewed the records and files herein and being otherwise fully advised of the facts and issues, IT IS HEREBY:

ORDERED, ADJUDGED AND DECREED that the plaintiff's motion for preliminary injunction in this matter is withdrawn without prejudice, and the hearing upon such motion scheduled for Friday, October 9, 2009 at 1:00 pm is hereby stricken.

DATED this 7th day of October, 2009.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PETERSON RUSSELL PLLC
1850 Skyline Tower - 10900 N. E. Fourth Street
Bellevue, Washington 98004-5873
Telephone (425) 462-4700 FAX (425) 451-0714

Presented by:

PETERSON RUSSELL KELLY PLLC


By:    /s/ David M. Bowman
      Michael T. Callan, WSBA 16237
      David M. Bowman, WSBA 28523
      Attorneys for the Plaintiffs


Approved as to Form
Notice of Presentation Waived:


By    /s/ Per Email Authorization
     Duncan C. Turner, WSBA 20597
     Attorney for Defendants

STIPULATED MOTION AND ORDER - 4
C09-1359RSM
222141.01

PETERSON RUSSELL PLLC
1850 Skyline Tower - 10900 N. E. Fourth Street
Bellevue, Washington 98004-5873
Telephone (425) 462-4700 FAX (425) 451-0714